1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11

12  | **JOSE LUEVANO,** | 2:22-cv-0091 KJN P |

13  |                | ~~**(PROPOSED)**~~ **ORDER** |
                          Plaintiff,

14

15          v.

16  **ANTHONY JENKINS, et al.,**

17                          Defendants.

18

19          Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  On September 19,

20  2022, defendants filed a motion for administrative relief re extension of time to file a responsive

21  pleading.  Good cause appearing, IT IS HEREBY ORDERED that:

22          1.  Defendants' motion for an administrative relief re-extension of time to file a responsive

23  pleading (ECF No. 16) is granted; and

24          2.  The deadline for defendants to file a responsive pleading is extended to December 19,

25  2022.

26  Dated:  September 20, 2022

27  luev0091.eot

28                                              _____
                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE