IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSE LUEVANO,**<br><br>                                           Plaintiff,<br><br>   v.<br><br>**ANTHONY JENKINS, et al.,**<br><br>                                           Defendants. | CASE NO. 2:22-cv-0091 KJN P<br><br>[PROPOSED] ORDER<br><br>Judge:         The Hon. Kendall J. Newman<br>Trial Date:   Not Set<br>Action Filed: January 18, 2022 |

   Good cause appearing, IT IS HEREBY ORDERED that Defendants J. Janam, A. Jenkins and J. Bickle's motion for administrative relief regarding an extension of time to respond to the Court's Order Referring Case to Postscreening ADR Project and Staying Case for 120 Days (ECF No. 25) is granted. The deadline to contact the Court is extended by fourteen days, up to and including January 19, 2023.

Dated:  January 6, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/luev0091.eot