UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUEVANO, | No. 2:22-cv-0091 KJN P |
| Plaintiff, | |
| v. | ORDER |
| ANTHONY JENKINS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On August 4, 2023, plaintiff filed a notice of change of address and asked when the next settlement conference is set. (ECF No. 41.) Counsel for defendants' request to opt out of the post-screening ADR project was recently granted on August 3, 2023, and defendants expressed their intention to file a motion for summary judgment on exhaustion grounds. Plaintiff is informed that no settlement conference will be scheduled until after such motion is filed and resolved.

Accordingly, IT IS HEREBY ORDERED that to the extent plaintiff seeks to have this matter set for settlement conference (ECF No. 41) such request is denied without prejudice.

Dated: August 10, 2023

/luev0091.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE