UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUEVANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JENKINS, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-0091 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff filed a motion for extension of time to file an opposition to defendants' motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 50) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

Dated: September 25, 2023

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

//luev0091.36

1