UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUEVANO,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY JENKINS, et al.,<br><br>Defendants. | No. 2:22-cv-0091-TLN-KJN<br><br>**ORDER** |

     Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On January 30, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff filed objections to the findings and recommendations.  (ECF No. 56.)  Defendants filed a response. (ECF No. 57.)

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on January 30, 2024 (ECF No. 55) are ADOPTED IN FULL;
2. Defendants' Motion for Summary Judgement (ECF No. 45) is GRANTED; and
3. The Clerk of the Court is directed to close this case.

Date: February 28, 2024

Troy L. Nunley
United States District Judge

2